IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


MICHAEL ROGER MAYFIELD, #111967,      )
                                      )
            Plaintiff,                )
                                      )
vs.                                   )      CASE NO. 2:14cv753-WHA
                                      )
ROBERT BENTLEY, et al.,               )                  (WO)
                                      )
            Defendants.               )

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #5),

entered on September 11, 2014.  There being no timely objection filed to the Recommendation,

and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to

pay the requisite fees or provide the court with financial information in compliance with the

orders of the court.  Final Judgment will be entered accordingly.

DONE this 8th day of October, 2014.


                              /s/  W. Harold Albritton
                              W. HAROLD ALBRITTON
                              SENIOR UNITED STATES DISTRICT JUDGE